DOCUMENT FILED IN ERROR.  IT WAS REMOVED FROM THE DOCKET ON 1/12/2009, PURSUANT TO ORDER (D.E. #39)